# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER KIMBLE

NO. 2026 KW 0710

**AUGUST 10, 2026**

---

In Re:    Christopher Kimble, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-24-04459, DC-25-05177.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** Counsel advises and the East Baton Rouge Parish Clerk's Office record shows that on June 25, 2026, the district court denied the emergency motion for appointment of a sanity commission. Accordingly, relator's request for mandamus relief is moot.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT